UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404
E. Johan Lubbe (EL 5772)
Michael A. Frankel (MF 9712)
Counsel for Defendants

------------------------------------- x
THOMAS J. HUMPHRIES M.D. and ANNIE :
HUMPHRIES, his spouse, :
 :
                  Plaintiffs, :   04 CIV. 9185 (AKH)
 :
        - against - :
 :
FERRING PHARMACEUTICALS, INC., :
its President, WAYNE ANDERSON, its :
Vice President, KENNETH KASHKIN, M.D., :
FERRING PHARMACEUTICALS, the :
parent company, Senior Vice President, :
GLOBAL CLINICAL RESEARCH AND :
DEVELOPMENT, DOCTOR PATRICK :
O'CONNOR, F.R.C.P., Ph.d., and :
FREDERICK PAULSEN, Chairman/Owner :
of the privately held Danish parent, FERRING :
PHARMACEUTICAL, :
 :
                  Defendants. :
------------------------------------- x

### AFFIDAVIT OF E. JOHAN LUBBE, ESQ. IN SUPPORT OF DEFENDANT'S FED. R. CIV. PRO. 12(b)(6) MOTION TO DISMISS

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF WESTCHESTER  )

        E. Johan Lubbe, an attorney duly admitted to practice law in the State of New York and before this Court, hereby affirms the truth of the following under penalty of perjury:

1. I am a partner in the law firm of Jackson Lewis LLP, counsel for Defendants in the above-entitled matter.

2. I am fully familiar with the facts and circumstances contained herein, based on a review of the files and records in this matter, and conversations with Defendants.

3. On or about November 19, 2004, Plaintiffs filed a Summons and Complaint in the above-entitled case in the United States District Court for the Southern District of New York. A true and correct copy of the Summons and Complaint is attached hereto as **Exhibit A**.

4. This Affirmation is submitted in support of Defendants' Motion to Dismiss pursuant to Fed. R. Civ. Pro. 12(b)(6).

5. Copies of all unreported decisions cited in Defendants' Memorandum of Law are annexed hereto as **Exhibits B (1) through B(7)**.

6. Applying the well-established law in this Circuit to the facts alleged by Plaintiffs, Defendants respectfully ask this Court to enter an Order (1) dismissing Plaintiffs' Title VII, ADEA and tortious interference with contract claims against the individually-named Defendants with prejudice; (2) dismissing Plaintiffs' tortious interference with contract claim in its entirety against all Defendants with prejudice; (3) awarding Defendants' their attorneys' fees and costs incurred in moving to dismiss Plaintiffs' frivolous and vexatious claims; and (4) awarding Defendants such other and further relief as the Court deems just and proper.

7. I have read the above numbered six (6) paragraphs and know them to be true to my knowledge or upon information and belief.

WHEREFORE, for the reasons set forth in Defendants' Memorandum of Law, Defendants respectfully request that this Court grant their motion in its entirety.

_____
E. Johan Lubbe (EL 5772)

Sworn to before me this
29th day of December, 2004

_Patricia Gougelmann_
Notary Public

PATRICIA GOUGELMANN
Notary Public, State Of New York
No. 4901359
Qualified In Westchester County
Commission Expires July 27, 2005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
THOMAS J. HUMPHRIES M.D. and ANNIE :
HUMPHRIES, his spouse, :
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Plaintiffs, : 04 CIV. 9185 (AKH)
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　- against - :
　　　　　　　　　　　　　　　　　　　　　　:
FERRING PHARMACEUTICALS, INC., :
its President, WAYNE ANDERSON, its :
Vice President, KENNETH KASHKIN, M.D., :
FERRING PHARMACEUTICALS, the :
parent company, Senior Vice President, :
GLOBAL CLINICAL RESEARCH AND :
DEVELOPMENT, DOCTOR PATRICK :
O'CONNOR, F.R.C.P., Ph.d., and :
FREDERICK PAULSEN, Chairman/Owner :
of the privately held Danish parent, FERRING :
PHARMACEUTICAL, :
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendants. :
------------------------------------- x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendants' Memorandum Of Law In Support Of Fed. R. Civ. P. 12(b)(6) Motion To Dismiss has been served upon Plaintiff by delivering a copy of the same, via regular U.S. Mail, postage pre-paid, this 24th day of December, 2004, to:

　　　　　　　　Gerard C. Fallon, Esq.
　　　　　　　　Sonageri & Fallon, L.L.C.
　　　　　　　　Continental Plaza II
　　　　　　　　411 Hackensack Avenue
　　　　　　　　Hackensack, NJ 07601
　　　　　　　　*Counsel for Plaintiffs*

　　　　　　　　　　　　　　　　E. Johan Lubbe